IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:07cr264-SRW  OCT 24 P 3:28 |
| | ) | [18 USC 13; Code of Ala. |
| V. | ) | 32-5A-191(a)(1)(2)] |
| | ) | |
| ANGIE DAY | ) | INFORMATION |

The United States Attorney charges:

On or about the 21st of July 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, ANGIE DAY did unlawfully operate a motor vehicle while there was .08 percent or more by weight of alcohol in her blood and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

EMILY M. RUISANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA BAR NO. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | |
|---|---|
| STATE OF ALABAMA | )   AFFIDAVIT |
| | ) |
| DALE COUNTY | ) |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. On the 21st of July 2007, at approximately 02:40 A.M., I was conducting a Check Point at the Enterprise Gate. A tan colored Chevrolet Cavalier, bearing GA license plate #182EEW, entered the Enterprise Gate and the driver, identified as ANGIE DAY, was requested to enter the search lane. I detected an odor of an alcoholic beverage emitting from her person. Afterwards, DAY was instructed to talk to SSG Britt Boyer. SSG Boyer administered a field sobriety test to DAY which she was unable to complete. DAY was placed under apprehension for Driving Under the Influence of Alcohol, and transported to the MP Station/Provost Marshal Office. DAY was instructed to submit to the breathalyzer test (Drager Alcotest 7110 MKIII-C) which resulted in a .08% Blood Alcohol Content (BAC). DAY was further processed and later released on DD Form 2708. DAY was not read her rights at this time due to her blood alcohol level. ANGIE DAY was also found operating her vehicle with a suspended Alabama driver's license.

_____
BENJAMIN S. EAGER, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this ___03___ day of __Oct__ 2007.


_____
NOTARY PUBLIC

My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 4, ____
BONDED THRU NOTARY PUBLIC UNDERWRITERS