# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION (DOTHAN)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   CASE NO: 1:07-cr-264-SRW |
| | ) |
| **ANGIE DAY** | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Everett M. Urech, and enters his appearance as counsel for **ANGIE DAY** in the above-styled matter.

Dated this 29th day of October 2007.

    Respectfully submitted,

    <u>s/Everett M. Urech</u>
    **EVERETT M. URECH**
    **AL BAR NO.: ASB-6693-E44E**
    Attorney for Defendant
    Urech & Livaudais, P.C.
    P.O. Drawer 70
    510 N. Daleville Ave
    Daleville, AL 36322
    TEL: (334) 598-4455
    FAX: (334) 598-2076
    E-Mail: daleattyeu@graceba.net

## CERTIFICATE OF SERVICE

  I hereby certify that on October 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

CPT Emily Maria Ruiscanchez, United States Army
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362
emily.ruisanchez@us.army.mil

Mr. Kent B. Brunson
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197
Kent.Brunson@usdoj.gov

            <u>s/Everett M. Urech</u>
            **EVERETT M. URECH**