UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00264-SRW |
| | ) | |
| ANGIE DAY | ) | |

## MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to continue the trial of the above styled case scheduled for January 14, 2008, and as grounds would show unto the court the following:

1. The undersigned Special Assistant to the United States Attorney has a work related out of town conflict that will not allow her to be present on the date selected by the court.

2. The conflict is an Article 39a, UCMJ, hearing in a pending court-martial case at Fort Rucker, Alabama.

3. The undersigned Special Assistant to the United States Attorney has requested essential discovery for both parties from various agencies, which is still pending.

4. Counsel for Ms. Angie Day has been contacted and has no objection to the continuance.

WHEREFORE, premises considered, the United States respectfully requests that this Honorable Court continue the sentencing in the above-styled case.

Respectfully submitted this the 18th day of December, 2007.

                              LEURA GARRETT CANARY
                              UNITED STATES ATTORNEY

                              /s/ Emily M. Ruisanchez
                              EMILY M. RUISANCHEZ
                              Special Assistant United States Attorney
                              Soldier Service Center, Bldg. 5700
                              Fort Rucker, Alabama 36362
                              Telephone: (334) 255-9141
                              Fax: (334) 255-1869
                              E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00264-SRW |
| | ) | |
| ANGIE DAY | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Everett M. Urech, Attorney for Ms. Angie Day, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Ms. Angie Day.

        Respectfully submitted,

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY


        /s/ Emily M. Ruisanchez
        EMILY M. RUISANCHEZ
        Special Assistant United States Attorney
        Soldier Service Center, Bldg. 5700
        Fort Rucker, Alabama 36362
        Telephone: (334) 255-9141
        Fax: (334) 255-1869
        E-mail: emily.ruisanchez@us.army.mil