IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:07cr264-SRW |
| | ) | |
| ANGIE DAY | ) | |

## **ORDER**

This cause is currently pending before the court on a Motion to Continue filed by the government on February 21, 2008. The motion requests that this case be reset from the trial currently set for March 10, 2008 to the trial term beginning May 5, 2008.

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Warren, 772 F.2d 827, 838 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. § 3161(c)(1). See United States v. Vasser, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

In this case, the United States requests more time to complete discovery and to prepare for trial, and the defendant does not object to the continuance.

Accordingly, it is hereby ORDERED that the Motion to Continue filed by defendant ANGIE DAY, be GRANTED. This case is reset on the trial term commencing May 5, 2008.

The pretrial telephone conference call is **rescheduled from March 5, 2008 to 3:30 p.m. on April 30, 2008.** Counsel for the government is DIRECTED to set up the telephone conference call.

DONE, this 27th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE