IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION (DOTHAN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 1:07-cr-00264-SRW |
| | ) | |
| ANGIE DAY | ) | |

**NOTICE OF INTENT TO CHANGE PLEA IN CASE**

**COMES NOW** the undersigned counsel, Everett M. Urech, and informs the court that his client, **ANGIE DAY**, desires to change her plea in the case to guilty.

Dated this 24th day of March 2008.

    Respectfully submitted,

    <u>s/Everett M. Urech</u>
    **EVERETT M. URECH**
    **AL BAR NO.: ASB-6693-E44E**
    Attorney for Defendant
    Urech & Livaudais, P.C.
    P.O. Drawer 70
    510 N. Daleville Ave
    Daleville, AL 36322
    TEL: (334) 598-4455
    FAX: (334) 598-2076
    E-Mail: daleattyeu@graceba.net

## CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

CPT Emily Maria Ruisanchez, United States Army
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362
emily.ruisanchez@us.army.mil

Mr. Kent B. Brunson
Office of the U.S. Attorney
P.O. Box 197
Montgomery, Alabama 36101-0197
Kent.Brunson@usdoj.gov

                                          <u>s/Everett M. Urech</u>
                                          **EVERETT M. URECH**