IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr264-SRW |
| | ) | |
| ANGIE DAY | ) | |

## ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #14) filed on March 24, 2008, it is hereby

ORDERED that the defendant, ANGIE DAY, appear with counsel before United States Magistrate Judge Wallace Capel, Jr. on May 13, 2008 at 10:00 a.m. in Room 342, Soldier Service Center, Building 5700, Fort Rucker, Alabama, to enter a change of plea.

It is further

ORDERED that the trial of this matter scheduled for May 5, 2008 be and hereby is CONTINUED generally.

DONE, this 28th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE