## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION (DOTHAN)

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **CASE NO: 1:07-cr-00264-SRW** |
| ) | |
| **ANGIE DAY** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Alfred F. Livaudais, and enters his appearance as co-counsel for **ANGIE DAY** in the above-styled matter.

Dated this 9th day of April, 2008.

        Respectfully submitted,

        **s/Alfred F. Livaudais**
        **ALFRED F. LIVAUDAIS**
        **AL BAR NO.: (LIV013)**
        Attorney for Defendant
        Urech & Livaudais, P.C.
        P.O. Drawer 70
        510 N. Daleville Ave
        Daleville, AL 36322
        TEL: (334) 598-4455
        FAX: (334) 598-2076
        E-Mail: daleattyal@graceba.net

## CERTIFICATE OF SERVICE

      I hereby certify that on April 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

CPT Emily Maria Ruiscanchez, United States Army
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362
emily.ruisanchez@us.army.mil

Mr. Kent B. Brunson
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197
Kent.Brunson@usdoj.gov

                                               **s/Alfred F. Livaudais**
                                               **ALFRED F. LIVAUDAIS**